IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ADIDAS AMERICA, INC.,**  3:11-CV-00334-BR

          **Plaintiff,**  **JUDGMENT OF DISMISSAL**

   v.

**HENSON COMPANY, INC.,**

          **Defendant.**

Based upon the filing of the Stipulated Motion and Order of Dismissal with Prejudice [26] signed by all parties and the Court, this matter is hereby **DISMISSED with prejudice** and without an award of attorney fees, costs or disbursements to any party.

Dated this 13th day of January, 2012.

                                      /s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge