IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ADIDAS AMERICA, INC.,**                                    3:11-CV-00334-BR

                                                             **JUDGMENT**
**Plaintiff,**                                               **OF DISMISSAL**

v.

**HENSON COMPANY, INC.,**

**Defendant.**

Based upon the filing of the Stipulated Motion and Order of Dismissal with Prejudice [26] signed by all parties and the Court, this matter is hereby **DISMISSED with prejudice** and without an award of attorney fees, costs or disbursements to any party.

Dated this 13th day of January, 2012.

                                                    /s/ Anna J. Brown
                                                    ANNA J. BROWN
                                                    United States District Judge

JUDGMENT OF DISMISSAL